928

No. 94–105. AMATO v. SECURITIES AND EXCHANGE COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 94–106. BECTON DICKINSON & CO. v. UNITED STATES EX REL. SILLER. C. A. 4th Cir. Certiorari denied.

No. 94–109. NAEGELE OUTDOOR ADVERTISING, INC. v. CITY OF DURHAM. C. A. 4th Cir. Certiorari denied.

No. 94–113. IVIMEY v. VARIABLE ANNUITY LIFE INSURANCE CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–115. HAMPSHIRE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–136. SCOTT ET AL. v. KRISSMAN ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 94–139. GENERAL MOTORS CORP. v. JACKSON, INDIVIDUALLY AND AS NEXT FRIEND AND NATURAL GUARDIAN OF HER MINOR DAUGHTER, JACKSON, ET AL. Sup. Ct. Miss. Certiorari denied.

No. 94–149. RESOLUTION TRUST CORPORATION, AS RECEIVER FOR MID KANSAS SAVINGS & LOAN ASSN. ET AL. v. HOMELAND STORES, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–182. BOOSTROM v. BACH. Sup. Ct. Ind. Certiorari denied.

No. 94–202. LYNDS v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 94–211. MUSSLEWHITE ET AL. v. READING & BATES PETROLEUM CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–221. DOWNER v. HANNEMAN ET AL. Sup. Ct. Nev. Certiorari denied.

No. 94–223. PENNSYLVANIA PUBLIC UTILITY COMMISSION v. SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY. C. A. 3d Cir. Certiorari denied.